# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR AUGUSTO LOPEZ VASQUEZ, | Case No. 1:26-cv-02652-KES-EPG-HC |
| Petitioner, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| MINGA WOFFORD, et al., | |
| Respondents. | |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 10, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 8.) The district judge referred this matter to the undersigned "for further proceedings," noting that "the magistrate judge may consider whether to hold further proceedings on the petition in abeyance" "pending the appeal in *Rodriguez v. Bostock*, No. 25-6842 (9th Cir.)." (Id. at 3, 2 n.1.)

Given the uncertainty regarding when the Rodriguez appeal will be decided, the Court declines to hold further proceedings on the petition in abeyance. Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents may file a response to the petition or a statement that they will rest on the briefs previously submitted with respect to the preliminary injunction;

2. Within thirty (30) days of the date of service of Respondents' response, Petitioner may file a reply; and

3. If Respondents do not file a response by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:   **April 13, 2026**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2